IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CHANTEL HENRY | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO.: 3:20-cv-81 |
| | § § § § § | |
| ALFREDO ROSALES JUAREZ INDIVIDUALLY AND D/B/A ROSALES EXPRESS | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |

## DEFENDANT ALFREDO ROSALES JUAREZ AND ROSALES EXPRESS'S NOTICE OF REMOVAL

Defendant, ALREDO ROSALES JUAREZ D/B/A ROSALES EXPRESS, files this Notice of Removal under 28 U.S.C. § 1446(a).

## INTRODUCTION

1.   Plaintiff is Chantel Henry ("Plaintiff").

2.   Defendant is Alfredo Rosales Juarez Individually and doing business as Rosales Express (collectively, "Defendant").

3.   On February 13, 2020, Plaintiff filed suit against Defendant in County Court at Law 3 of El Paso County, Texas.

4.   Defendant was served on March 3. 2020 and timely filed his Original Answer on March 20, 2020 and requested a jury trial.

5.   Plaintiff alleges state law causes of action against Defendant for negligence related to a vehicular accident, which occurred on or about April 16, 2019.

6.      Defendant timely files this Notice of Removal within 30 days of actual receipt of Plaintiff's Original Petition.

7.      In accordance with the Federal Rules of Civil Procedure and Local Rules for the Western District of Texas, the following documents are being filed contemporaneously with this Notice of Removal, attached as Exhibits "A" and "B":

   a. Executed service of process on Defendant Alfredo Rosales Juarez;

   b. Copies of all state court pleadings;

   c. Copies of all state court orders (none); and

   d. List of all counsel, with addresses and telephone numbers.

## BASIS OF REMOVAL

8.      Removal is proper because there is complete diversity between the parties, and the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a). Plaintiff is a citizen and residents of El Paso County, Texas. *See* Plaintiffs' Original Petition, attached hereto as Exhibit "A". Defendant Alfredo Rosales Juarez is a citizen and resident of Cd. Juarez, Chihuahua, Mexico. *Id.*

9.      Plaintiff's Original Petition alleges Plaintiff is seeking monetary relief of over $200,000 but no more than $1,000,000. *Id.*

10.     Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a).

11.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

12.     Defendant will promptly file a copy of this notice of removal with the clerk of the stat court where the suit is pending.

## CONCLUSION

13. Complete diversity exists between Plaintiff Chantel Henry and Defendant Alfredo Rosales Juarez D/B/A Rosales Express. The amount in controversy exceeds $75,000.00. For these reasons, Defendant Alfredo Rosales Juarez asks the Court to remove this lawsuit to the United States District Court for the Western District of Texas – El Paso Division.

Respectfully submitted,

**DONATO BROWN POOL & MOEHLMANN, PLLC**

*/s/ Chaz D. Klaes*_____
CHAZ KLAES
Texas Federal ID No.: 1760060
SBN: 24083312
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: (713) 877-1112
Fax: (713) 877-1138
cklaes@donatobrown.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 20th, 2020, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system, electronic mail, and Certified U.S. Mail RRR.

| | |
|---|---|
| Fredrick Mandell<br>Law Office of Fredrick Mandell<br>609 Laurel<br>El Paso, TX 79903<br>Fmandell3@gmail.com | Via E-File/ECM and Facsimile |

                                        */s/ Chaz D. Klaes*
                                        Chaz D. Klaes

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CHANTEL HENRY | § § § § § | |
| *Plaintiffs,* | § | |
| vs. | § § | CIVIL ACTION NO.:3:20-cv-81 |
| | § § § § | |
| ALFREDO ROSALES JUAREZ D/B/A ROSALES EXPRESS | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

## INDEX OF MATTERS TO BE FILED

1. Plaintiffs' Original Petition, Jury Demand, and Request for Initial Disclosures;

2. Executed service of process on Alfredo Rosales Juarez;

3. Defendant Alfredo Rosales Juarez D/B/A Rosales Express's Original Answer and Jury Demand;

4. For items 1-3, *see* Exhibit "B".

5. A list of counsel of record, including addresses, telephone numbers, and parties represented.

**Attorney for Plaintiff, Chantel Henry:**

Fredrick Mandell
LAW OFFICE OF FREDRICK MANDELL
609 Laurel
El Paso, TX 79903
Fmandell3@gmail.com

5

**Attorney for Defendants Alfredo Rosales Juarez D/B/A Rosales Express:**

Chaz D. Klaes
DONATO BROWN POOL & MOEHLMANN, PLLC
Texas Federal ID No.: 1760060
SBN: 24083312
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: (713) 877-1112
Fax: (713) 877-1138
cklaes@donatobrown.com